# Exhibit A



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD  20759

| | |
|---|---|
| Invoice Date | 02/07/2012 |
| Client Number | 01260001 |
| Invoice Number | 326384 |
| Services Through | 02/01/2012 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

NET BALANCE FORWARD                                                  $0.00

CURRENT CHARGES

Total Services  (details follow)                      $1,840.00

Total Expenses  (details follow)                       $0.00

TOTAL CURRENT CHARGES                              $1,840.00

**TOTAL BALANCE NOW DUE FOR THIS MATTER:**          **$1,840.00**

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 01/24/2012 | Evaluate petition re possible recovery actions. | 1.80 | 400.00 | 720.00 L |
| 01/25/2012 | Review petition and evaluate documents regarding transfers of real property (1.8); prepare list of documents for Debtor to provide and email counsel to Debtor regarding same (.4) | 2.20 | 400.00 | 880.00 L |
| 01/27/2012 | Review of financial information from counsel to Debtor. | 0.60 | 400.00 | 240.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 4.60 | | 1,840.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.60 | | 1,840.00 |
| | TOTAL CURRENT CHARGES: | | | $1,840.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 4.60 | 1,840.00 |
| | 4.60 | $1,840.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

**Joe Bellinger, Bankruptcy Trustee**
**Offit Kurman, P.A.**
**8171 Maple Lawn Blvd.**
**Maple Lawn, MD  20759**

| | |
|---|---|
| Invoice Date | 04/11/2012 |
| Client Number | 01260001 |
| Invoice Number | 333150 |
| Services Through | 03/30/2012 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **PRIOR CHARGES** | | |
| Balance of last invoice | $1,840.00 | |
| **NET BALANCE FORWARD** | | $1,840.00 |
| **CURRENT CHARGES** | | |
| Total Services  (details follow) | $565.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $565.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$2,405.00** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 03/09/2012 | Review and revise Notice of Abandonment of Lombard LLC interests | 0.40 | 400.00 | 160.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.40 | | 160.00 |
| **Candace O. Dixon** | | | | |
| 03/07/2012 | Prepare Notice of Abandonment of Property and Order | 0.50 | 150.00 | 75.00 |
| 03/13/2012 | Prepare Notice of Abandonment for 504 Whithorn Court and 717 President Street and Order. | 1.00 | 150.00 | 150.00 |
| 03/27/2012 | Revise Notices of Abandonment (3) and efile notices; obtain and convert matrix for mailing; prepare and send mailing | 1.20 | 150.00 | 180.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.70 | | 405.00 |

| TOTAL CURRENT CHARGES FOR THIS MATTER: | 3.10 | 565.00 |
|---|---|---|

| | TOTAL CURRENT CHARGES: | $565.00 |
|---|---|---|

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 0.40 | 160.00 |
| Candace O. Dixon | 2.70 | 405.00 |
| | 3.10 | $565.00 |



**WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
**Offit Kurman, P.A.**
**8171 Maple Lawn Blvd.**
**Maple Lawn, MD  20759**

| | |
|---|---|
| Invoice Date | 02/11/2013 |
| Client Number | 01260001 |
| Invoice Number | 359448 |
| Services Through | 01/31/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

**ACCOUNT SUMMARY**

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $2,405.00 | |
| Adjustments since last invoice | ($2,405.00) | |
| NET BALANCE FORWARD | | $0.00 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $570.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $570.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$570.00** |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Candace O. Dixon** | | | | |
| 01/03/2013 | Telephone call regarding debtor's property not listed in schedules and parent's home; review case docket; research timeshare value and PSL value; | 3.00 | 150.00 | 450.00 |
| 01/10/2013 | Telephone calls re: value of timeshare, PSL and home | 0.80 | 150.00 | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 3.80 | | 570.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 3.80 | | 570.00 |
| | TOTAL CURRENT CHARGES: | | | $570.00 |

**WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

# Offit | Kurman
### Attorneys At Law

Tax I.D.:52-1518021

## INVOICE

**Joe Bellinger, Bankruptcy Trustee**
**Offit Kurman, P.A.**
**8171 Maple Lawn Blvd.**
**Maple Lawn, MD  20759**

| | |
|---|---|
| Invoice Date | 03/13/2013 |
| Client Number | 01260001 |
| Invoice Number | 362390 |
| Services Through | 02/28/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

**ACCOUNT SUMMARY**

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $570.00 | |
| | | |
| NET BALANCE FORWARD | | $570.00 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $45.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $45.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$615.00** |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Candace O. Dixon** | | | | |
| 02/27/2013 | Prepare email to debtor's spouse re: settlement offer to trustee; review response | 0.30 | 150.00 | 45.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.30 | | 45.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 0.30 | | 45.00 |
| | TOTAL CURRENT CHARGES: | | | $45.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 04/10/2013 |
| Client Number | 01260001 |
| Invoice Number | 365626 |
| Services Through | 03/31/2013 |

**01260001.00137 Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $615.00 | |
| | | |
| NET BALANCE FORWARD | | $615.00 |
| CURRENT CHARGES | | |
| Total Services (details follow) | $1,461.00 | |
| Total Expenses (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,461.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$2,076.00** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 03/01/2013 | Review information regarding unscheduled assets. | 0.50 | 415.00 | 207.50 |
| 03/08/2013 | Evaluate facts on unscheduled assets and telephone call with former spouse regarding possible purchase of unscheduled assets. | 0.50 | 415.00 | 207.50 |
| 03/15/2013 | Prepare subpoena for Baltimore Ravens (PSLs and parking passes). | 0.50 | 415.00 | 207.50 |
| 03/18/2013 | Review Process Server's Affidavit regarding subpoena to Baltimore Ravens | 0.10 | 415.00 | 41.50 |
| 03/22/2013 | Review amendments and evaluate value of unscheduled assets. | 0.80 | 415.00 | 332.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.40 | | 996.00 |
| **Candace O. Dixon** | | | | |

L

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 03/08/2013 | Case review with Trustee; conference call with spouse re: assets | 0.50 | 150.00 | 75.00 |
| 03/11/2013 | Prepare Application to Employ Offit Kurman, Affidavit and Proposed Order | 1.50 | 150.00 | 225.00 |
| 03/15/2013 | Prepare subpoena re: Ravens PSL | 0.70 | 150.00 | 105.00 |
| 03/29/2013 | Review emails re: offer for estate assets | 0.40 | 150.00 | 60.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 3.10 | | 465.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 5.50 | | 1,461.00 |

TOTAL CURRENT CHARGES:    $1,461.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 2.40 | 996.00 |
| Candace O. Dixon | 3.10 | 465.00 |
| | 5.50 | $1,461.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD  20759

| | |
|---|---|
| Invoice Date | 05/10/2013 |
| Client Number | 01260001 |
| Invoice Number | 368692 |
| Services Through | 04/30/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $2,076.00 | |
| NET BALANCE FORWARD | | $2,076.00 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $974.50 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $974.50 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$3,050.50** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 04/03/2013 | Review documents produced by Ravens regarding PSLs.(.5); Conference call with Ms. Sabracos regarding purchase of equity in home, timeshare interests and Ravens PSLs.(.8) | 1.30 | 415.00 | 539.50 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.30 | | 539.50 |
| **Candace O. Dixon** | | | | |
| 04/02/2013 | Conference call with spouse re: offer on assets | 0.80 | 150.00 | 120.00 |
| 04/03/2013 | Review subpoena response from Ravens on PSL; telephone call to Ravens | 0.80 | 150.00 | 120.00 |
| 04/11/2013 | Telephone call with Raves re: PSL status, procedure for transferring and costs | 0.90 | 150.00 | 135.00 |
| 04/12/2013 | Telephone call with counsel and potential buyer re: 341 continue | 0.40 | 150.00 | 60.00 |

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | date; emails with potential buyer re: same | | | |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.90 | | 435.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.20 | | 974.50 |
| | TOTAL CURRENT CHARGES: | | | $974.50 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 1.30 | 539.50 |
| Candace O. Dixon | 2.90 | 435.00 |
| | 4.20 | $974.50 |



**WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 06/10/2013 |
| Client Number | 01260001 |
| Invoice Number | 370913 |
| Services Through | 05/31/2013 |

**01260001.00137 Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

### PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $3,050.50 | |
| | | |
| NET BALANCE FORWARD | | $3,050.50 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $3,108.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $3,108.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$6,158.50** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 05/06/2013 | Review petition and status of estate administration. Prepare for continued 341 meetings regarding adequacy of disclosures. | 0.80 | 415.00 | 332.00 |
| 05/17/2013 | Review audio of continued section 341 meeting regarding possible grounds for revocation of discharge. | 0.60 | 415.00 | 249.00 |
| 05/17/2013 | Analysis of estate administration and sale of property issues as possible settlement with debtor and sale of certain property to former spouse. | 0.80 | 415.00 | 332.00 |
| 05/20/2013 | Hold settlement conference with Debtor and counsel in lieue of continued meeting (.5); analysis of settlement and sale issues (.4). | 0.90 | 415.00 | 373.50 |
| 05/21/2013 | Analysis of property issues, compromise and sale issues and prepare correspondence to counsel to Debtor and former spouse. | 1.70 | 415.00 | 705.50 |

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 05/31/2013 | Emails with Debtor's former spouse and counsel regarding terms of settlement and sales (.8); analysis of legal issues presented (1.6). | 2.40 | 415.00 | 996.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 7.20 | | 2,988.00 |

**Candace O. Dixon**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 05/01/2013 | Prepare and finalize continued meeting of creditors | 0.40 | 150.00 | 60.00 |
| 05/06/2013 | Telephone call with ex-spouse counsel re: 341 meeting attendance and issues; review email re: same; discuss same with trustee | 0.40 | 150.00 | 60.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.80 | | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 8.00 | | 3,108.00 |

TOTAL CURRENT CHARGES:  $3,108.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 7.20 | 2,988.00 |
| Candace O. Dixon | 0.80 | 120.00 |
| | 8.00 | $3,108.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 07/15/2013 |
| Client Number | 01260001 |
| Invoice Number | 375742 |
| Services Through | 06/30/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $6,158.50 | |
| NET BALANCE FORWARD | | $6,158.50 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $6,291.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $6,291.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$12,449.50** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 06/03/2013 | Analysis of revocation of abandonment and terms of settlement and sales (2.6); call to Baltimore Ravens re: PSLs and Parking Permit, and review of Baltimore terms and conditions and Request for Transfer forms. | 2.60 | 415.00 | 1,079.00 |
| 06/05/2013 | Analysis of terms of sales and settlements and draft Purchase and Sale Agreement and Settlement Agreement. | 3.20 | 415.00 | 1,328.00 |
| 06/06/2013 | Draft Motion for Revocation of Abandonment and Sale of Residential Property and Timeshares, Motion to Approve Compromise | 2.40 | 415.00 | 996.00 |
| 06/07/2013 | Draft Motion for Revocation of Abandonment and Sale of Residential Property and Timeshares, Motion to Approve Compromise | 1.60 | 415.00 | 664.00 |

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 06/10/2013 | Revisions to Motion to Sell Ravens PSL's (.8); analysis of revocation of real property and revise Settlement Agreement to address various outcomes (.6). | 1.40 | 415.00 | 581.00 |
| 06/11/2013 | Prepare Motion for Authority to Revoke Abandonment, Approval of Purchase and Sale and Settlement Agreement (2.4); revisions to draft Purchase and Sale and Settlement Agreement (.8). | 3.20 | 415.00 | 1,328.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 14.40 | | 5,976.00 |

**Candace O. Dixon**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 06/03/2013 | Review emails re: settlement | 0.20 | 150.00 | 30.00 |
| 06/10/2013 | Review emails re: settlement agreement; review settlement agreement | 0.70 | 150.00 | 105.00 |
| 06/11/2013 | Finalize Application to Employ Nunc Pro Tunc; review billing | 0.40 | 150.00 | 60.00 |
| 06/19/2013 | Finalize Motion to Sell PSL's; revise Notice of Motion to Sell PSL's; prepare certificate of service | 0.80 | 150.00 | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.10 | | 315.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 16.50 | | 6,291.00 |
| | TOTAL CURRENT CHARGES: | | | $6,291.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 14.40 | 5,976.00 |
| Candace O. Dixon | 2.10 | 315.00 |
| | 16.50 | $6,291.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

**Joe Bellinger, Bankruptcy Trustee**
**Offit Kurman, P.A.**
**8171 Maple Lawn Blvd.**
**Maple Lawn, MD  20759**

| | |
|---|---|
| Invoice Date | 08/13/2013 |
| Client Number | 01260001 |
| Invoice Number | 378913 |
| Services Through | 07/31/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| PRIOR CHARGES | | |
| Balance of last invoice | $12,449.50 | |
| | | |
| NET BALANCE FORWARD | | $12,449.50 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $1,840.00 | |
| Total Expenses  (details follow) | $120.00 | |
| TOTAL CURRENT CHARGES | | $1,960.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$14,409.50** |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 07/16/2013 | Review Debtor's comments to Settlement Agreement and make revisions accordingly (.90); email redlined and clean versions to debtor's counsel and Ms. Sabracos with comments to each (.2). | 1.10 | 450.00 | 495.00 |
| 07/23/2013 | Post Ravens PSL's on eBay and disseminate posting to Trustee distribution list | 2.60 | 450.00 | 1,170.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 3.70 | | 1,665.00 |
| **Candace O. Dixon** | | | | |
| 07/01/2013 | Prepare and finalize request for bar date | 0.40 | 175.00 | 70.00 |
| 07/08/2013 | Prepare Request for Bar Date | 0.40 | 175.00 | 70.00 |
| 07/10/2013 | Prepare correspondence to UST office | 0.20 | 175.00 | 35.00 |

| | | |
|---|---|---|
| TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.00 | 175.00 |
| TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.70 | 1,840.00 |

**EXPENSES**

| | | |
|---|---|---|
| 07/25/2013 | Quick Silver Process Service, Inc.:   service 3/18/13 | 120.00 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | $120.00 |
| | TOTAL CURRENT CHARGES: | $1,960.00 |

**TIMEKEEPER SUMMARY FOR THIS MATTER**

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 3.70 | 1,665.00 |
| Candace O. Dixon | 1.00 | 175.00 |
| | 4.70 | $1,840.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 09/13/2013 |
| Client Number | 01260001 |
| Invoice Number | 381839 |
| Services Through | 08/31/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $14,409.50 | |
| NET BALANCE FORWARD | | $14,409.50 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $1,575.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,575.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$15,984.50** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 08/08/2013 | Review and sign PSL transfer documents and meet with Buyer regarding transfer. | 0.50 | 450.00 | 225.00 |
| 08/12/2013 | Finalize Motion, Notice and Order regarding disposition of residence and time shares. | 1.60 | 450.00 | 720.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.10 | | 945.00 |
| **Candace O. Dixon** | | | | |
| 08/05/2013 | Review various emails re: sale of PSL's | 0.40 | 175.00 | 70.00 |
| 08/05/2013 | Telephone call with eBay winner re: PSL transfer form | 0.30 | 175.00 | 52.50 |
| 08/07/2013 | Prepare PSL transfer form for winning bidder; meeting with bidder re: same | 0.60 | 175.00 | 105.00 |

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 08/15/2013 | Prepare Report of Sale | 0.80 | 175.00 | 140.00 |
| 08/16/2013 | Revise and finalize Motion to Sell, Notice and Proposed Order | 0.80 | 175.00 | 140.00 |
| 08/20/2013 | Email to S. Sabracos re: motion to sell and timeline. | 0.30 | 175.00 | 52.50 |
| 08/30/2013 | Revise and finalize report of sale | 0.40 | 175.00 | 70.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 3.60 | | 630.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 5.70 | | 1,575.00 |

TOTAL CURRENT CHARGES:          $1,575.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 2.10 | 945.00 |
| Candace O. Dixon | 3.60 | 630.00 |
| | 5.70 | $1,575.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

**Joe Bellinger, Bankruptcy Trustee**
**Offit Kurman, P.A.**
**8171 Maple Lawn Blvd.**
**Maple Lawn, MD  20759**

| | |
|---|---|
| Invoice Date | 10/11/2013 |
| Client Number | 01260001 |
| Invoice Number | 385063 |
| Services Through | 09/30/2013 |

**01260001.00137  Sabracos, Michael (11-31409)**

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $15,984.50 | |
| NET BALANCE FORWARD | | $15,984.50 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $1,730.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,730.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$17,714.50** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 09/16/2013 | Prepare for hearing (.1.0); present Motion at hearing (.4). | 1.40 | 450.00 | 630.00 |
| 09/20/2013 | Review draft Quitclaim Deed from Ms. Sabracos (.40); revise and email comments to Ms. Sabracos (.80). | 1.20 | 450.00 | 540.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.60 | | 1,170.00 |
| **Gregory P. Johnson** | | | | |
| 09/15/2013 | Correspondence with Trustee.  Reviewed Docket Report and Trustee's Motion for Order Approving Purchase and Sale Agreement of Property of Bankruptcy Estate, Compromise of Claims and Revocation of Abandonment of Residential Property scheduled for hearing 9/16/2013.  Research in Lexis Nexis on case law for Trustee's Revocation of Abandonment. Located MD Bankruptcy case decided 9/13/2013.  Follow up correspondence with the | 1.20 | 350.00 | 420.00 |

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | Trustee. | | | |
| 09/16/2013 | Follow up research and correspondence with the Trustee regarding Abandonment issue. | 0.40 | 350.00 | 140.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.60 | | 560.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.20 | | 1,730.00 |
| | TOTAL CURRENT CHARGES: | | | $1,730.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 2.60 | 1,170.00 |
| Gregory P. Johnson | 1.60 | 560.00 |
| | 4.20 | $1,730.00 |